(Reap. Dec. 10043)

Isaac B. Cohen & Sons Corp. D. Hauser, Inc. } *v.* United States

Entry Nos. 985007/2 ; 967822.

(Decided June 29, 1961)

*Siegel, Mandell & Davidson* for the plaintiffs.
*William H. Orrick, Jr.*, Assistant Attorney General, for the defendant.

Mollison, Judge : Counsel for the parties have submitted the appeals for reappraisement enumerated above for decision upon stipulation, upon the basis of which I find that the proper basis of value of the rubber-soled footwear involved is export value, as defined in section 402a(d), Tariff Act of 1930, as amended, and that such value is the appraised unit values, less the item of 2 per centum inspection fees, as stated on the invoices.

Judgment will issue accordingly.